UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAWRENCE J. BOSS,            :
                             :  Civil Action No. 10-5081 (JLL)
         Plaintiff,          :
                             :
     v.                      :  **ORDER**
                             :  (CLOSED)
KENNETH SHARP, et al.        :
                             :
         Defendants.         :

For the reasons expressed in the Court's Opinion filed herewith,

It is on this 31st day of January, 2011,

ORDERED that, pursuant to 28 U.S.C. § 1915(a), the application submitted by Plaintiff to proceed in forma pauperis is hereby GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Complaint filed in Civil No. 10-6576 (JLL) shall be construed as an amended Complaint in this action; and it is further

ORDERED that the Complaint and amended Complaint are DISMISSED WITHOUT PREJUDICE, in its entirety as against all named defendants, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted at this time; and it is further

ORDERED that Plaintiff may move to re-open his case and amend his Complaint to cure the deficiencies as noted in the accompanying Opinion filed herewith; and it is finally

ORDERED that Plaintiff's motion for a preliminary injunction (Docket entry no. 2) is DENIED as moot.

```
_____
JOSE L. LINARES
United States District Judge
```